THE CUNEO EASTERN PRESS, INC., Appellant, v. BARNETT ASTROWSKY and Others, Respondents, and Others, Defendants.— Order dismissing complaint

affirmed, with ten dollars costs and disbursements. The action is brought to obtain a judgment which shall in effect declare that plaintiff's printing establishment is not a public nuisance. This is not a proper case for a declaratory judgment. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.